Joseph P. Carney, Appellant, v. Penn Realty Company, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Minnie Dahl, Plaintiff, v. Samuel Levenberg and Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Staplelon, Mills and Rich, JJ.

Josephine M. Fairchild, . Appellant, v. Scarsdale Estates, Respondent, Impleaded with White Plains Development Company and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Josephine M. Fairchild, Plaintiff, v. Emma E. Reed De Guzman, Appellant, Impleaded with Scarsdale Estates, Respondent, and White Plains Development Company and Others, Defendants.— Motion denied on condition that the appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Frederick Farthing, Appellant, v. Louis H. Strouse, Respondent. Marion Strouse, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Anna Fenn, Plaintiff, v. Marie Kirstein, Defendant.— Motion for stay denied, unless within ten days defendant execute the two bonds and mortgage required by the judgment, and deposit same with the clerk of Kings county; also give an undertaking of $500 under Code, sections 1326 and 1352, to perfect her appeal, in which case the defendant will be discharged from custody. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Sarah Flynn, Respondent, v. James G. McLaughlin, etc., Appellant. — Motion denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Isador Holzman, an Infant, etc., Respondent, v. Elias Levinson, Appellant.— Motion denied, without prejudice to an application at Special Term to open the default. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of William J. Brock, an Attorney.— Matter referred to the Hon. Josiah T. Marean, as official referee. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of the Application of Everett N. Curtis for Admission to the Bar.— Application granted. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title, etc., for the Opening and Extending of a Public Park at Coney Island, etc.— Motion denied, with ten dollars costs. Present— Carr, Stapleton, Mills and Rich, JJ.